

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00183-CR

_____

EX PARTE JAMES FLOYD

On Appeal from the 396th District Court
Tarrant County, Texas
Trial Court No. D396-1494376-00

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

In June 2021, Appellant James Floyd filed a pro se pretrial application for writ of habeas corpus. Appellant subsequently filed a notice of appeal.

On December 2, 2021, we informed Appellant of our concern that we lacked jurisdiction over this appeal because the trial judge had not signed a written order denying the requested habeas relief. In our letter, we stated that unless Appellant or another party filed a response within ten days showing grounds for continuing the appeal, we could dismiss the appeal. *See* Tex. R. App. P. 44.3. Appellant timely filed a response, but it does not assert that a written order denying habeas relief now exists.

The rules of appellate procedure provide that a criminal defendant has the right to appeal a judgment of guilt or other appealable order. *See* Tex. R. App. P. 25.2(a)(2). Because no appealable written order exists in this case, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: January 13, 2022